# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-7448-GW(JEMx) | Date | April 11, 2016 |
|---|---|---|---|
| Title | *Altair Instruments, Inc. v. Rodan & Fields LLC, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**PROCEEDINGS (IN CHAMBERS):** **ORDER RE: ORDER TO SHOW CAUSE RE: SETTLEMENT**

On April 8, 2016, plaintiff filed a Notice of Settlement. Counsel are hereby notified that on the Court's own motion, an Order to Show Cause hearing re: Settlement is set for **May 9, 2016 at 8:30 a.m.**

The parties are advised that the status conference will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed prior to the date.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer   KSS