JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAIR INSTRUMENTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RODAN & FIELDS, LLC, a California limited liability company; et al.,<br><br>Defendants. | Case No. CV 13-07448-GW(JEMx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL** |

Upon consideration of the parties' Stipulation for Dismissal, and for good cause shown,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice in its entirety, with each party to bear its own fees and costs.

Dated: May 20, 2016

_____
GEORGE H. WU, U.S. District Judge